**No. 67501.**—Agency Tile Supply Corp. et al. *v.* United States, protests 58/9774, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of cylinder, enamel, or opal glass tiles and tiling, the claim of the plaintiffs was sustained.

**No. 67502.**—Air Express International and Good Time Jazz Record Co. et al. *v.* United States, protests 59/34265, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiffs was sustained.